UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DENNIS ALAN BAKER
SSN: xxx-xx-3622

CASE NUMBER:   04-34021
CHAPTER 13

BARBARA ELOISE BAKER
SSN: xxx-xx-9191
Debtors

---

**NOTICE TO RAPID PAY, INC. THAT $202.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT    IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Rapid Pay, Inc., creditor herein, and deposits $202.00 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Rapid Pay, Inc.

   P. O. Box 608
   Kokomo, IN 46903-0608

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Unable to Forward" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   June 17, 2010

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   June 17, 2010

By U.S. Mail postage prepaid
Debtors: Dennis and Barbara Baker, 4904 Miami Bend Road, Logansport, IN
Creditor: Rapid Pay, Inc., P. O. Box 608, Kokomo, IN 46903-0608

By electronic mail via CM/ECF:
Debtors' Attorney: Debra Voltz-Miller
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King